F#13701

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 2 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

---

**STEVEN JOHNSON**

        **Plaintiff,**

**Court Docket No.: 4:16-cv- 737-JM**

**vs.**

**MODIS, INC., a Florida corporation;**
**and BRITTANY ROYAL**

**COMPLAINT**

        **Defendants**

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

---

The plaintiff, Steven Johnson, for his Complaint against the defendants

Modis, Inc., a Florida corporation, and Brittany Royal, states:

### A.   Parties And Jurisdiction

1.    The plaintiff Steven Johnson is an individual and a resident of the

state of Mississippi.

2.    The defendant Modis, Inc., is a Florida corporation with its principal

place of business in Jacksonville, Florida. The registered agent for service of

process in the state of Arkansas for the defendant Modis, Inc., is The Corporation

Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

3.    On information and belief, the defendant Brittany Royal is an

**F#13701**

individual and resident of the state of Texas.

4.      This is an action for tort claims and statutory claims under Arkansas law, seeking compensatory and punitive damages of more than $75,000.  The incident that gave rise to this matter occurred at Little Rock, Pulaski County, Arkansas, on or about November 10, 2015.

5.      This Court has jurisdiction over the parties of this action and has jurisdiction over the subject matter of the action, pursuant to 28 U.S.C. § 1332(a). Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## B.      Statement Of Facts

6.      On or about November 10, 2015, the plaintiff was a participant in a golf tournament at Chenal Country Club at Little Rock, Pulaski County, Arkansas.

7.      The defendant Modis, Inc., was a sponsor of the golf tournament at Chenal Country Club and provided souvenirs and small gifts to the participants at the golf tournament. The purpose of Modis, Inc., in sponsoring the golf tournament was to advertise its products and services to participants in the golf tournament.

8.      At all times relevant to this matter, the defendant Brittany Royal was an employee of the separate defendant Modis, Inc., and was performing employment services for the defendant Modis, Inc.

9.      As an employee of Modis, Inc., the defendant Brittany Royal was present at the golf tournament at Chenal Country Club and engaged in actions that

F#13701

advertised the products and services of Modis, Inc. The defendant Brittany Royal, on behalf of her employer Modis, Inc., provided refreshments, souvenirs and small gifts to the participants of the golf tournament, and drove a golf cart around the Chenal Country Club golf course during the tournament.

10.     While participating in the golf tournament, the plaintiff Steven Johnson was a passenger in a golf cart operated by the defendant Brittany Royal.

11.     While the defendant Brittany Royal was operating a golf cart at the golf tournament, with the plaintiff Steven Johnson as a passenger, the defendant Brittany Royal failed to exercise ordinary care, and the plaintiff Steven Johnson was thrown from the golf cart.

12.     Following the golf cart accident, the plaintiff Steven Johnson was hospitalized at Baptist Health Medical Center at Little Rock, Arkansas, with serious injuries to his foot and ankle.

13.     On information and belief, at the time of the golf cart accident that caused the plaintiff Steven Johnson's injuries, Brittany Royal had been consuming alcoholic beverages and was, in fact, intoxicated.

### C.     First Claim For Relief: Negligence Of Brittany Royal

14.     The negligence of the defendant Brittany Royal was a proximate cause of the golf cart accident that occurred involving the plaintiff on or about November 10, 2015, at Chenal Country Club, at Little Rock, Pulaski County,

F#13701

Arkansas.

15.   The defendant Brittany Royal's negligent acts and/or omissions consist of the following:

     a.    failure to keep a proper lookout;

     b.    failure to keep the golf cart under control;

     c.    operating the golf cart at an excessive and unreasonable rate of speed;

     d.    operating the golf cart under the influence of alcohol; and

     e.    operating the golf cart in violation of Arkansas statutes.

16.   As the result of the defendant Brittany Royal's negligence, the plaintiff Steven Johnson has suffered compensatory damages, including bodily injury, pain and suffering, emotional distress, lost earnings and salary, and the ability to earn an income in the future.  The plaintiff's damages exceed $75,000.

**D.    Second Claim For Relief: Vicarious Liability Of Modis, Inc.**

17.   At all times relevant to this matter, the defendant Brittany Royal was an agent, employee, and servant of the defendant Modis, Inc., and was performing employment services on behalf of Modis, Inc.

18.   Because the defendant Brittany Royal was the agent, employee, and servant of the defendant Modis, Inc., at the time that she caused the golf cart accident, the defendant Modis, Inc., is vicariously liable for her negligence and

F#13701

misconduct. This Court should therefore enter judgment against the defendant Modis, Inc., in favor of the plaintiff Steven Johnson, for all damages caused by the defendant Brittany Royal.

**E.      Third Claim For Relief:  Statutory Liability For Crime Victim**

19.    The defendant, Brittany Royal, recklessly caused serious physical injury to the plaintiff Steven Johnson, while operating a motor vehicle at the time that she was intoxicated.

20.    The actions of Brittany Royal constituted conduct that would give rise to criminal liability for the crime of Battery in the Second Degree, Ark. Code Ann. § 5-13-202(a)(3)(B), a class D felony under Arkansas law.

21.    The plaintiff Steven Johnson suffered serious physical injuries as the result of the criminal misconduct of the defendant Brittany Royal, and is therefore entitled to damages against both defendants pursuant to Ark. Code Ann. § 16-118-107(a)(1).

**F.      Fourth Claim For Relief:  Compensatory Damages**

22.    As a direct and proximate result of the actions of the defendants described above, the plaintiff Steven Johnson has suffered the following:

Medical expenses, both past and future;

Pain, suffering, and mental anguish, both past and future;

Loss of earnings;

F#13701

Scars, disfigurement and visible results of injury; and

Other out-of-pocket expenses.

23.     The plaintiff Steven Johnson is entitled to recover in an amount determined by the jury for each of the above ailments or damages.

24.      The plaintiff Steven Johnson is also entitled to his costs and reasonable attorneys fees from both defendants pursuant to Ark. Code Ann. § 16-118-107(a)(3).

### G.      Fourth Claim for Relief:  Punitive Damages

25.     The defendant Brittany Royal operated a motor vehicle, as that term is defined by Arkansas law, while intoxicated and while her judgment, responses and coordination were impaired by alcohol.  While operating a motor vehicle in this condition, she caused damages to the plaintiff Steven Johnson.

26.     The defendant Brittany Royal's actions while operating the motor vehicle and causing the accident were willful, wanton and reckless, thereby entitle the plaintiff Steven Johnson to an award of punitive damages.

27.     The plaintiff is entitled to punitive damages from the defendant Brittany Royal under Arkansas law in an amount exceeding $75,000. This Court should hold the defendant Modis, Inc., vicariously liable for punitive damages, under Arkansas law. See *B&F Engineering, Inc. v. Cotroneo*, 309 Ark. 175, 830 S.W.2d 835 (1992).

F#13701

## JURY TRIAL DEMAND

28.     The plaintiff Steven Johnson hereby demands a trial by jury on all

issues in this matter, including negligence, damages, and statutory liability,

pursuant to Federal Rule of Civil Procedure 38.

**WHEREFORE**, the plaintiff Steven Johnson prays that this Court grant all

relief requested in this Complaint; prays that this Court hold both defendants

jointly and severally liable for compensatory and punitive damages, in amounts

exceeding $75,000.00; prays that this Court hold both defendants liable for

violation of Ark. Code Ann. § 16-118-107; and prays that this Court award him

attorneys fees, court costs and all other proper relief.

## VERIFICATION

Comes the undersigned and being first duly sworn states on oath that the
above and foregoing matters are true and correct as he verily believes.

_____
Steven Johnson

STATE OF ArKansas        )
COUNTY OF Greene         )

Subscribed and sworn to before me on this 30th day of ~~August~~ September, 2016

My Commission Expires:

9-16-2019

_____
Kelley D. Randleman
Notary Public

KELLEY D. RANDLEMAN
MY COMMISSION # 12373032
EXPIRES: September 16, 2019
Greene County

7

F#13701

**BRANCH, THOMPSON, WARMATH & DALE, P.A.**
414 West Court Street
Paragould, Arkansas 72450
870-239-9581
rthompson@paragouldlawyer.com

By: _____

Robert F. Thompson (Ark. Bar No. 97232)

and

S.  King Benson (96116)
BENSON LAW FIRM, P.A.
1005 Linwood Drive, Slot #11
Paragould, AR 72450
870-236-1414
king@bensonlaw.net

*ATTORNEYS FOR PLAINTIFF*