FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 7 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN JOHNSON                                                    PLAINTIFF

VS.                         NO. 4:16-CV-737-JM

MODIS, INC., a Florida corporation;
and BRITTANY ROYAL                                                DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, appearing to the Court that this matter has been compromised and settled to the mutual satisfaction of all parties, the above-styled case is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of November, 2017.

_____
JUDGE JAMES M. MOODY, JR.
DISTRICT JUDGE